UNITED STATES of America, Plaintiff–Appellee

v.

Francisco LUNA–SAMANO, Defendant–Appellant.

No. 08–41222

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 20, 2009.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Francisco Luna–Samano appeals the sentence imposed following his conviction of unlawful reentry pursuant to 8 U.S.C. § 1326. Luna–Samano contends that the district court erred by imposing a crime of violence enhancement based on his prior Texas offense of indecency with a child under 17, a violation of § 21.11(a) of the Texas Penal Code. The Government moves

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

for summary affirmance or, in the alternative, for an extension of time to file a brief.

As Luna–Samano concedes, his argument is foreclosed by circuit precedent. *See United States v. Najera–Najera,* 519 F.3d 509, 511–12 (5th Cir.), *cert. denied,* —— U.S. ——, 129 S.Ct. 139, 172 L.Ed.2d 105 (2008); *United States v. Zavala–Sustaita,* 214 F.3d 601, 607–08 (5th Cir.2000). Accordingly, the motion for summary affirmance is GRANTED and the judgment of the district court is AFFIRMED. The Government's motion for an extension of time to file a brief is DENIED.